UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | Case no.: | 16-26454 |
| Formosa Hamilton Incorporation | Chapter: | 7 |
| | Judge: | Ferguson |
| Debtor(s) | | |

## CERTIFICATION OF NO OBJECTION

I  Gary A. Nau , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed:

- ☒ Abandonment
- ☐ Public Sale
- ☐ Private Sale
- ☐ Settlement of Controversy
- ☐ Auctioneer Compensation

Description of Property (if applicable):
furniture, fixtures, equipment and inventory.

JEANNE A. NAUGHTON, Clerk

Date: 7/6/2017                     By: Gary A. Nau

*rev.2/10/17*