| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1**<br>WILSON ELSER MOSKOWITZ<br>EDELMAN & DICKER LLP<br>Roger R. Gottilla, Esq.<br>Timothy R. Wheeler, Esq.<br>200 Campus Drive<br>Florham Park, NJ 07932-0668<br>973.624.0800 (Main)<br>973.624.0808 (Fax)<br>roger.gottilla@wilsonelser.com<br>timothy.wheeler@wilsonelser.com<br>**Attorneys for Cathay Bank** | **CHAPTER 7** |
| In re:<br><br>**Formosa Hamilton Incorporation a/k/a Formosa Hamilton Incorporated,**<br><br>　　　Debtor. | Case No.　　16-26454-KCF<br><br>Hearing Date:  September 12, 2017 @ 10:00 A.M.<br><br>**Chief Judge Kathryn C. Ferguson** |

Order Filed on September 14, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Recommended Local Form:　　☐ Followed　　✓ Modified

### ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 14, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

2349910v.1

Debtor:

Formosa Hamilton Incorporation a/k/a Formosa Hamilton Incorporated

Case No.: 16-26454-KCF

Caption of Order:   Order Granting Relief from the Automatic Stay (and other relief)

Upon the motion of *Cathay Bank*, under Bankruptcy Code Section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

**ORDERED**  that the automatic stay under Bankruptcy Code Section 362(a) is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the Court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

■    Real property more fully described as:

3690 Quakerbridge Road, Hamilton, New Jersey.

☐    Personal property more fully described as:

It is further **ORDERED** that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this Order on the debtor, any trustee and any other party who entered an appearance on the motion.

Rev. 7/12/16

2349910v.1