| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1**<br>WILSON ELSER MOSKOWITZ<br>EDELMAN & DICKER LLP<br>Roger R. Gottilla, Esq.<br>Timothy R. Wheeler, Esq.<br>200 Campus Drive<br>Florham Park, NJ 07932-0668<br>973.624.0800 (Main)<br>973.624.0808 (Fax)<br>roger.gottilla@wilsonelser.com<br>timothy.wheeler@wilsonelser.com<br>**Attorneys for Cathay Bank** | Order Filed on September 14, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br><br>**CHAPTER 7** |
| In re:<br><br>**Formosa Hamilton Incorporation a/k/a Formosa Hamilton Incorporated,**<br><br>    Debtor. | Case No.    16-26454-KCF<br><br>Hearing Date:  September 12, 2017 @ 10:00 A.M.<br><br>**Chief Judge Kathryn C. Ferguson** |

| | | | |
|---|---|---|---|
| Recommended Local Form: | ☐ Followed | | ✓ Modified |

**ORDER VACATING STAY**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 14, 2017**

*Honorable Kathryn C. Ferguson*
*United States Bankruptcy Judge*

2349910v.1

Debtor:

Formosa Hamilton Incorporation a/k/a Formosa Hamilton Incorporated

Case No.: 16-26454-KCF

Caption of Order:   Order Granting Relief from the Automatic Stay (and other relief)_____

Upon the motion of *Cathay Bank*, under Bankruptcy Code Section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

**ORDERED**  that the automatic stay under Bankruptcy Code Section 362(a) is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the Court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

■   Real property more fully described as:

3690 Quakerbridge Road, Hamilton, New Jersey.

☐   Personal property more fully described as:

It is further **ORDERED** that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this Order on the debtor, any trustee and any other party who entered an appearance on the motion.

Rev. 7/12/16

2349910v.1

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-26454-KCF
Formosa Hamilton Incorporation                                          Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1             Date Rcvd: Sep 14, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 16, 2017.
db              +Formosa Hamilton Incorporation,    3690 Quakerbridge Road,    Trenton, NJ 08619-1208

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 14, 2017 at the address(es) listed below:
              Adrian    Johnson    on behalf of Debtor    Formosa Hamilton Incorporation evanf@diazlawnow.com
              Bunce    Atkinson    on behalf of Trustee Bunce   Atkinson bunceatkinson@aol.com, NJ09@ecfcbis.com,
               maraujo@atkinsondebartolo.org
              Bunce    Atkinson     bunceatkinson@aol.com,    NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org
              Bunce    Atkinson    on behalf of Appraiser    A. Atkins Appraisal Corp. bunceatkinson@aol.com,
               NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Jeffrey M. Sponder    on behalf of U.S. Trustee    United States Trustee
               jeffrey.m.sponder@usdoj.gov,   jeffrey.m.sponder@usdoj.gov
              Roger Robert Gottilla    on behalf of Creditor    Cathay Bank roger.gottilla@wilsonelser.com,
               sheyla.ibazeta@wilsonelser.com
              Sergio I. Scuteri    on behalf of Creditor    Sysco Philadelphia, LLC sscuteri@capehart.com
              Timothy R. Wheeler    on behalf of Creditor    Cathay Bank timothy.wheeler@wilsonelser.com,
               sheyla.ibazeta@wilsonelser.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
              United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 11