UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
FORMOSA HAMILTON INCORPORATION,  
Debtor,

Case No.: 16-26454  
Chapter: 7  
Judge: KCF

### NOTICE OF PROPOSED PUBLIC SALE

_____Bunce D. Atkinson, Esq._____, _____Trustee_____, in this case proposes to sell property of the estate as described below. If you object to the sale, you must file a written objection and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Jeanne A. Naughton, Clerk<br>Clarkson S. Fisher US Courthouse<br>402 East State Street<br>Trenton, NJ 08608 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable _____Kathryn C. Ferguson_____ on _____March 20, 2018_____ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __2__, _____402 East State Street, Trenton, NJ 08608_____. (Hearing date must be at least 28 from the date of this notice).

If no objection to the sale is filed the clerk will enter a Certification of No Objection and the sale will be consummated as proposed.

| Location, date and time of sale: | Offices of Mercer County Bar Association<br>1245 Whitehorse-Mercerville Road<br>Suite 420<br>Hamilton, NJ 08619-3894<br>March 27, 2018 at 11:00 a.m. |
|---|---|
| Description of property to be sold: | The Trustee will sell at public auction, the Debtor's plenary retail consumption license no. 1103-33-038-005 issued by Hamilton Township. |
| Terms of sale: | The sale of the property will be "AS IS" "WHERE IS" with no warranties express or implied and free and clear of all liens, claims and encumbrances, with liens, claims, and encumbrances to attach to proceeds. At the time of sale, the successful bidder will have to sign a contract of sale and deposit $30,000.00 with the Trustee with the balance to be paid within 5 business days of sale. The successful bidder shall be responsible for all fees and costs in transferring the liquor license to its name. In the event the license is not transferred by June 1, 2018, the successful bidder will be responsible for all fees and costs for renewing the license for the year 2018-2019 pending transfer. For additional information please contact the Trustee. |

Objections must be served on, and requests for additional information directed to:

Name: Bunce D. Atkinson, Esq.  
Address: P. O. Box 8415, Red Bank, New Jersey 07701  
Telephone No.: (732) 530-5300

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                           Case No. 16-26454-KCF
Formosa Hamilton Incorporation                                   Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Feb 21, 2018
                              Form ID: pdf905          Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 23, 2018.
```
db              +Formosa Hamilton Incorporation,    3690 Quakerbridge Road,    Trenton, NJ 08619-1208
acc             +Bederson & Company LLP,    347 Mount Pleasant Avenue,    West Orange, NJ 07052-2749
516360957       +Asian Bank,    135-34 Roosevelt Avenue,    Flushing, NY 11354-5393
516360959       +Cathay Bank,    c/o Wilson, Elser, Moskowitz, Edelman &,    Dicker, LLP,    200 Campus Drive,
                  Florham Park, NJ 07932-1007
516360960        Duke Ice Cream,    885 Banger Blvd,    Manchester Township, NJ 08759
516360962        NJ Division of Taxation,    Revenue Processing Center Corporation,    PO Box 257,
                  Trenton, NJ 08646-0257
516360963       +Ritchie & Page Distributiong Company,    175 New Canton Way,    Trenton, NJ 08691-2349
516386055      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                (address filed with court:   State of New Jersey,    Division of Taxation,    P.O. Box 245,
                  Trenton, NJ 08695-0245)
516669509       +Sysco Philadelphia, LLC,    c/o Capehart & Scatchard, PA (SIS),
                  8000 MIdlantic Drive, Suite 300-S,    Mt. Laurel, NJ 08054-1526
516403368       +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
516360964        Treton Division of Taxation,    310 East State Street,    Trenton, NJ 08608
516360965       +Wine & Japan Import, Inc.,    235 West Parkway,    Pompton Plains, NJ 07444-1028
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Feb 21 2018 23:34:30     U.S. Attorney,   970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 21 2018 23:34:28     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
app             +E-mail/Text: atkinsappraisal@aol.com Feb 21 2018 23:34:14     A. Atkins Appraisal Corp.,
                  122 Clinton Road,    Fairfield, NJ 07004-2900
516360958       +E-mail/Text: g20956@att.com Feb 21 2018 23:35:03      At&t,   208 South Akar Street,
                  Dallas, TX 75202-4206
516367668       +E-mail/Text: cio.bncmail@irs.gov Feb 21 2018 23:33:56     Department of Treasury,
                  Internal Revenue Service,    P O Box 7346,    Philadelphia, PA 19101-7346
516766295       +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 21 2018 23:34:28     United States Trustee,
                  One Newark Center,    Suite 2100,   Newark, NJ 07102-5235
                                                                                              TOTAL: 6
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516360961*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                  PHILADELPHIA PA 19101-7346
                (address filed with court:   Internal Revenue Service,    31 Hopkins Plz RM 1150,
                  Baltimore, MD 21201-2825)
                                                                                  TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2018                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 20, 2018 at the address(es) listed below:
```
          Adrian   Johnson    on behalf of Debtor   Formosa Hamilton Incorporation evanf@diazlawnow.com
          Bunce   Atkinson    on behalf of Trustee Bunce  Atkinson bunceatkinson@aol.com,   NJ09@ecfcbis.com,
           maraujo@atkinsondebartolo.org
          Bunce   Atkinson    bunceatkinson@aol.com,   NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Feb 21, 2018
                              Form ID: pdf905          Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Bunce  Atkinson    on behalf of Appraiser     A. Atkins Appraisal Corp. bunceatkinson@aol.com,
           NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org
          Denise E. Carlon     on behalf of Creditor    Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Jeffrey M. Sponder     on behalf of U.S. Trustee    United States Trustee
           jeffrey.m.sponder@usdoj.gov,    jeffrey.m.sponder@usdoj.gov
          Roger Robert Gottilla     on behalf of Creditor    Cathay Bank roger.gottilla@wilsonelser.com,
           sheyla.ibazeta@wilsonelser.com
          Sergio I. Scuteri     on behalf of Creditor    Sysco Philadelphia, LLC sscuteri@capehart.com
          Timothy R. Wheeler     on behalf of Creditor    Cathay Bank timothy.wheeler@wilsonelser.com,
           sheyla.ibazeta@wilsonelser.com
          U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
          United States Trustee     USTPRegion03.NE.ECF@usdoj.gov

                                                                                                  TOTAL: 11