Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16–26454–KCF
Chapter: 7
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Formosa Hamilton Incorporation
   aka Formosa Hamilton Incorporated
   3690 Quakerbridge Road
   Trenton, NJ 08619

Social Security No.:

Employer's Tax I.D. No.:
   22–2964424

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Kathryn C. Ferguson on:

Date:     6/20/18
Time:     02:30 PM
Location:   Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Atkinson & DeBartolo PC, Trustee's Attorney

COMMISSION OR FEES
$26,256.00

EXPENSES
$246.72

Creditors may be heard before the applications are determined.

   In accordance with D.N.J. Local Bankruptcy Rule 2016–1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016–1(h)).

Dated: May 4, 2018
JAN:

                                                     Jeanne Naughton
                                                     Clerk

```
                          United States Bankruptcy Court
                               District of New Jersey

In re:                                                         Case No. 16-26454-KCF
Formosa Hamilton Incorporation                                 Chapter 7
        Debtor
                             CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                Page 1 of 2         Date Rcvd: May 04, 2018
                              Form ID: 137               Total Noticed: 20


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 06, 2018.
db             +Formosa Hamilton Incorporation,    3690 Quakerbridge Road,    Trenton, NJ 08619-1208
aty            +Atkinson & DeBartolo, PC,    The Galleria,   2 Bridge Avenue,    PO Box 8415,
                 Red Bank, NJ 07701-8415
acc            +Bederson & Company LLP,    347 Mount Pleasant Avenue,    West Orange, NJ 07052-2749
auc            +Peter Costanzo Auctioneers, Inc.,    22 Smock Street,    Neptune City, NJ 07753-6743
516360957      +Asian Bank,   135-34 Roosevelt Avenue,    Flushing, NY 11354-5393
516360959      +Cathay Bank,    c/o Wilson, Elser, Moskowitz, Edelman &,    Dicker, LLP,    200 Campus Drive,
                 Florham Park, NJ 07932-1007
516360960       Duke Ice Cream,    885 Banger Blvd,   Manchester Township, NJ 08759
516360962       NJ Division of Taxation,    Revenue Processing Center Corporation,    PO Box 257,
                 Trenton, NJ 08646-0257
516360963      +Ritchie & Page Distributiong Company,    175 New Canton Way,    Trenton, NJ 08691-2349
516386055     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:   State of New Jersey,    Division of Taxation,    P.O. Box 245,
                 Trenton, NJ 08695-0245)
516669509      +Sysco Philadelphia, LLC,    c/o Capehart & Scatchard, PA (SIS),
                 8000 MIdlantic Drive, Suite 300-S,    Mt. Laurel, NJ 08054-1526
516403368      +Toyota Motor Credit Corporation,    PO Box 9013,   Addison, Texas 75001-9013
516360964       Treton Division of Taxation,    310 East State Street,    Trenton, NJ 08608
516360965      +Wine & Japan Import, Inc.,    235 West Parkway,   Pompton Plains, NJ 07444-1028

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 05 2018 00:13:01     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 05 2018 00:12:58     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
app            +E-mail/Text: atkinsappraisal@aol.com May 05 2018 00:12:45     A. Atkins Appraisal Corp.,
                 122 Clinton Road,   Fairfield, NJ 07004-2900
516360958      +E-mail/Text: g20956@att.com May 05 2018 00:13:42     At&t,   208 South Akar Street,
                 Dallas, TX 75202-4206
516367668      +E-mail/Text: cio.bncmail@irs.gov May 05 2018 00:12:37     Department of Treasury,
                 Internal Revenue Service,   P O Box 7346,    Philadelphia, PA 19101-7346
516766295      +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 05 2018 00:12:58     United States Trustee,
                 One Newark Center,   Suite 2100,    Newark, NJ 07102-5235
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516360961*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:   Internal Revenue Service,    31 Hopkins Plz RM 1150,
                 Baltimore, MD 21201-2825)
                                                                                 TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: May 04, 2018
                              Form ID: 137             Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 3, 2018 at the address(es) listed below:
```
              Adrian   Johnson    on behalf of Debtor    Formosa Hamilton Incorporation evanf@diazlawnow.com
              Bunce   Atkinson    on behalf of Trustee Bunce   Atkinson bunceatkinson@aol.com,  NJ09@ecfcbis.com,
               maraujo@atkinsondebartolo.org
              Bunce   Atkinson    on behalf of Attorney    Atkinson & DeBartolo, PC bunceatkinson@aol.com,
               NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org
              Bunce   Atkinson    bunceatkinson@aol.com,  NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org
              Bunce   Atkinson    on behalf of Appraiser    A. Atkins Appraisal Corp. bunceatkinson@aol.com,
               NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org
              Bunce   Atkinson    on behalf of Auctioneer    Peter Costanzo Auctioneers, Inc.
               bunceatkinson@aol.com,  NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Jeffrey M. Sponder    on behalf of U.S. Trustee    United States Trustee
               jeffrey.m.sponder@usdoj.gov,  jeffrey.m.sponder@usdoj.gov
              Roger Robert Gottilla    on behalf of Creditor    Cathay Bank roger.gottilla@wilsonelser.com,
               sheyla.ibazeta@wilsonelser.com
              Sergio I. Scuteri    on behalf of Creditor    Sysco Philadelphia, LLC sscuteri@capehart.com
              Timothy R. Wheeler    on behalf of Creditor    Cathay Bank timothy.wheeler@wilsonelser.com,
               sheyla.ibazeta@wilsonelser.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 13
```