UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:  :  Case no.: 16-26454
  :
Formosa Hamilton Incorporation  :  Chapter: 7
  :
  :  Judge: Ferguson
Debtor(s)  :
  :

**CERTIFICATION OF NO OBJECTION**

I ___Gary A. Nau___, Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed:

- ☐ Abandonment
- ☐ Public Sale
- ☐ Private Sale
- ☐ Settlement of Controversy
- ☒ Auctioneer Compensation

Description of Property (if applicable):
Compensation: $18,000.00
Expenses: $2,600.00

JEANNE A. NAUGHTON, Clerk

Date: 5/17/2018      By: Gary A. Nau

*rev.2/10/17*