Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  16–26454–KCF
Chapter:  7
Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Formosa Hamilton Incorporation
aka Formosa Hamilton Incorporated
3690 Quakerbridge Road
Trenton, NJ 08619

Social Security No.:

Employer's Tax I.D. No.:
22–2964424

---

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Kathryn C. Ferguson on:

Date:       11/15/18
Time:       02:30 PM
Location:   Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

---

APPLICANT(S)
Bederson LLP, Accountant

COMMISSION OR FEES
$8,085.00

EXPENSES
$81.44

---

Creditors may be heard before the applications are determined.

In accordance with D.N.J. Local Bankruptcy Rule 2016–1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016–1(h)).

Dated: October 2, 2018
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 16-26454-KCF
Formosa Hamilton Incorporation                                        Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin           Page 1 of 2           Date Rcvd: Oct 02, 2018
                           Form ID: 137           Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 04, 2018.
db              +Formosa Hamilton Incorporation,   3690 Quakerbridge Road,   Trenton, NJ 08619-1208
aty             +Atkinson & DeBartolo, PC,   The Galleria,   2 Bridge Avenue,   PO Box 8415,
                 Red Bank, NJ 07701-8415
acc             +Bederson & Company LLP,   347 Mount Pleasant Avenue,   West Orange, NJ 07052-2749
auc             +Peter Costanzo Auctioneers, Inc.,   22 Smock Street,   Neptune City, NJ 07753-6743
516360957       +Asian Bank,   135-34 Roosevelt Avenue,   Flushing, NY 11354-5393
516360959       +Cathay Bank,   c/o Wilson, Elser, Moskowitz, Edelman &,   Dicker, LLP,   200 Campus Drive,
                 Florham Park, NJ 07932-1007
516360960        Duke Ice Cream,   885 Banger Blvd,   Manchester Township, NJ 08759
516360962        NJ Division of Taxation,   Revenue Processing Center Corporation,   PO Box 257,
                 Trenton, NJ 08646-0257
516360963       +Ritchie & Page Distributiong Company,   175 New Canton Way,   Trenton, NJ 08691-2349
516386055      ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                 TRENTON NJ 08646-0245
                 (address filed with court: State of New Jersey,   Division of Taxation,   P.O. Box 245,
                 Trenton, NJ 08695-0245)
516669509       +Sysco Philadelphia, LLC,   c/o Capehart & Scatchard, PA (SIS),
                 8000 MIdlantic Drive, Suite 300-S,   Mt. Laurel, NJ 08054-1526
516403368       +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013
516360964        Treton Division of Taxation,   310 East State Street,   Trenton, NJ 08608
516360965       +Wine & Japan Import, Inc.,   235 West Parkway,   Pompton Plains, NJ 07444-1028

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Oct 02 2018 23:38:16   U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 02 2018 23:38:12   United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
app              E-mail/Text: atkinsappraisal@aol.com Oct 02 2018 23:37:42   A. Atkins Appraisal Corp.,
                 122 Clinton Road,   Fairfield, NJ 07004-2900
516360958        E-mail/Text: g20956@att.com Oct 02 2018 23:38:45   At&t,   208 South Akar Street,
                 Dallas, TX 75202-4206
516367668        E-mail/Text: cio.bncmail@irs.gov Oct 02 2018 23:37:23   Department of Treasury,
                 Internal Revenue Service,   P O Box 7346,   Philadelphia, PA 19101-7346
516766295        E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 02 2018 23:38:12   United States Trustee,
                 One Newark Center,   Suite 2100,   Newark, NJ 07102-5235
                                                                                    TOTAL: 6

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516360961*     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                 (address filed with court:  Internal Revenue Service,   31 Hopkins Plz RM 1150,
                 Baltimore, MD 21201-2825)
                                                                           TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2018                          Signature:  /s/Joseph Speetjens


## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Oct 02, 2018
                              Form ID: 137             Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 1, 2018 at the address(es) listed below:
```
          Adrian  Johnson   on behalf of Debtor   Formosa Hamilton Incorporation evanf@diazlawnow.com
          Bunce  Atkinson    on behalf of Trustee Bunce  Atkinson bunceatkinson@aol.com,  NJ09@ecfcbis.com,
           maraujo@atkinsondebartolo.org
          Bunce  Atkinson    on behalf of Attorney   Atkinson & DeBartolo, PC bunceatkinson@aol.com,
           NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org
          Bunce  Atkinson    bunceatkinson@aol.com,  NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org
          Bunce  Atkinson    on behalf of Appraiser   A. Atkins Appraisal Corp. bunceatkinson@aol.com,
           NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org
          Bunce  Atkinson    on behalf of Auctioneer   Peter Costanzo Auctioneers, Inc.
           bunceatkinson@aol.com,   NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org
          Denise E. Carlon   on behalf of Creditor   Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Jeffrey M. Sponder   on behalf of U.S. Trustee   United States Trustee
           jeffrey.m.sponder@usdoj.gov,  jeffrey.m.sponder@usdoj.gov
          Roger Robert Gottilla   on behalf of Creditor   Cathay Bank roger.gottilla@wilsonelser.com,
           sheyla.ibazeta@wilsonelser.com
          Sergio I. Scuteri   on behalf of Creditor   Sysco Philadelphia, LLC sscuteri@capehart.com
          Timothy R. Wheeler   on behalf of Creditor   Cathay Bank timothy.wheeler@wilsonelser.com,
           sheyla.ibazeta@wilsonelser.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
          United States Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                        TOTAL: 13
```