UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Atkinson & DeBartolo, P.C.
Post Office Box 8415
2 Bridge Avenue, The Galleria
Red Bank, New Jersey 07701
(732) 530-5300; fax (732) 530-9877
BA9186
Attorneys for Trustee, Bunce D. Atkinson

Order Filed on November 19, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

FORMOSA HAMILTON, INCORPORATED,

Debtor.

Case No.: 16-26454

Hearing Date: 11/15/18 at 2:30pm

Judge: Kathryn C. Ferguson

Chapter: 7

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 19, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Atkinson & DeBartolo, P.C | $4,420.00 | $247.53 |

*rev. 7/1/04 jml*