Form 192 – aplccmpnrpt

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  16−26454−KCF
Chapter:  7
Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Formosa Hamilton Incorporation
   aka Formosa Hamilton Incorporated
   3690 Quakerbridge Road
   Trenton, NJ 08619

Social Security No.:

Employer's Tax I.D. No.:
   22−2964424

## NOTICE OF FILING OF FINAL ACCOUNT(S) OF TRUSTEE, OF HEARING ON APPLICATIONS FOR COMPENSATION (AND OF HEARING ON ABANDONMENT OF PROPERTY BY THE TRUSTEE)

THE FINAL REPORT(S) and account(s) of the trustee in this case having been filed,

NOTICE IS HEREBY GIVEN that there will be a hearing held before Honorable Kathryn C. Ferguson on:

DATE:          November 5, 2020
TIME:          02:30 PM
LOCATION:   Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of examining and passing on the report(s) and account(s), acting on applications for compensation and transacting such other business as may properly come before the court. Attendance by creditors is welcomed, but not required.

The account of the trustee shows:

TOTAL RECEIPTS:         $220,777.34
TOTAL DISBURSEMENTS:    $71,270.85
BALANCE ON HAND:        $149,506.49

In addition to expenses of administration as may be allowed by the court, claims secured by liens and claims entitled to priority must be paid in advance of any dividends to general creditors. The following applications for compensation have been filed: (creditors may be heard before the applications are determined)

APPLICANT(S)
Bunce Atkinson, Trustee

COMMISSION OR FEES
$14,288.87

EXPENSES
$56.00

The trustee's application to abandon the following property will be heard and acted upon:
N/A

The trustee's reports are available for inspection in the clerks office.

Any objection to the trustee's Final Report and Account must be filed (7) seven days prior to the above date and will be heard at that time of the final meeting.

Dated: September 28, 2020
JAN: mjb

                                                                  Jeanne Naughton
                                                                  Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 16-26454-KCF

Formosa Hamilton Incorporation  Chapter 7

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-3  User: admin  Page 1 of 2
Date Rcvd: Sep 28, 2020  Form ID: 192  Total Noticed: 20

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Formosa Hamilton Incorporation, 3690 Quakerbridge Road, Trenton, NJ 08619-1208 |
| aty | + | Atkinson & DeBartolo, PC, The Galleria, 2 Bridge Avenue, PO Box 8415, Red Bank, NJ 07701-8415 |
| acc | + | Bederson & Company LLP, 347 Mount Pleasant Avenue, West Orange, NJ 07052-2749 |
| auc | + | Peter Costanzo Auctioneers, Inc., 22 Smock Street, Neptune City, NJ 07753-6743 |
| 516360957 | + | Asian Bank, 135-34 Roosevelt Avenue, Flushing, NY 11354-5393 |
| 516360959 | + | Cathay Bank, c/o Wilson, Elser, Moskowitz, Edelman &, Dicker, LLP, 200 Campus Drive, Florham Park, NJ 07932-1007 |
| 516360960 | | Duke Ice Cream, 885 Banger Blvd, Manchester Township, NJ 08759 |
| 516360962 | | NJ Division of Taxation, Revenue Processing Center Corporation, PO Box 257, Trenton, NJ 08646-0257 |
| 516360963 | + | Ritchie & Page Distributiong Company, 175 New Canton Way, Trenton, NJ 08691-2349 |
| 516386055 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |
| 516669509 | + | Sysco Philadelphia, LLC, c/o Capehart & Scatchard, PA (SIS), 8000 MIdlantic Drive, Suite 300-S, Mt. Laurel, NJ 08054-1526 |
| 516403368 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 516360964 | | Treton Division of Taxation, 310 East State Street, Trenton, NJ 08608 |
| 516360965 | + | Wine & Japan Import, Inc., 235 West Parkway, Pompton Plains, NJ 07444-1028 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 28 2020 22:26:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 28 2020 22:26:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| app | + | Email/Text: atkinsappraisal@aol.com | Sep 28 2020 22:26:00 | A. Atkins Appraisal Corp., 122 Clinton Road, Fairfield, NJ 07004-2900 |
| 516360958 | + | Email/Text: g20956@att.com | Sep 28 2020 22:27:00 | At&t, 208 South Akar Street, Dallas, TX 75202-4206 |
| 516367668 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 28 2020 22:26:00 | Department of Treasury, Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| 516766295 | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 28 2020 22:26:00 | United States Trustee, One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516360961 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, 31 Hopkins Plz RM 1150, Baltimore, MD 21201-2825 |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 28, 2020 | Form ID: 192 | Total Noticed: 20 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2020            Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2020 at the address(es) listed below:**

**Name**          **Email Address**

Adrian Johnson
  on behalf of Debtor Formosa Hamilton Incorporation evanf@diazlawnow.com

Bunce Atkinson
  on behalf of Trustee Bunce Atkinson bunceatkinson@aol.com
  NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com

Bunce Atkinson
  on behalf of Attorney Atkinson & DeBartolo  PC bunceatkinson@aol.com,
  NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com

Bunce Atkinson
  bunceatkinson@aol.com  NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com

Bunce Atkinson
  on behalf of Appraiser A. Atkins Appraisal Corp. bunceatkinson@aol.com
  NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com

Bunce Atkinson
  on behalf of Auctioneer Peter Costanzo Auctioneers  Inc. bunceatkinson@aol.com,
  NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com

Denise E. Carlon
  on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Jeffrey M. Sponder
  on behalf of U.S. Trustee United States Trustee jeffrey.m.sponder@usdoj.gov  jeffrey.m.sponder@usdoj.gov

Roger Robert Gottilla
  on behalf of Creditor Cathay Bank roger.gottilla@wilsonelser.com  sheyla.ibazeta@wilsonelser.com

Sergio I. Scuteri
  on behalf of Creditor Sysco Philadelphia  LLC sscuteri@capehart.com

Timothy R. Wheeler
  on behalf of Creditor Cathay Bank timothy.wheeler@wilsonelser.com  sheyla.ibazeta@wilsonelser.com

U.S. Trustee
  USTPRegion03.NE.ECF@usdoj.gov

United States Trustee
  USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 13