

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
TRENTON DIVISION

IN RE:

FORMOSA HAMILTON INCORPORATION,

Debtor.

Case No. 16-26454 KCF

**Order Filed on November 6, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

### ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

AND NOW, this __6th__ day of __November__, 20__20__ upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $__14,288.87__ is reasonable compensation for the services in this case by Bunce D. Atkinson, trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $__56.00__ is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.

By the Court,

**DATED: November 6, 2020**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge