UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
TRENTON DIVISION

IN RE:

FORMOSA HAMILTON INCORPORATION,

Debtor.

Case No. 16-26454 KCF

Order Filed on November 6, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

### ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

AND NOW, this __6th__ day of __November__, 20_20_, upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $14,288.87 is reasonable compensation for the services in this case by Bunce D. Atkinson, trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $56.00 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.

By the Court,

**DATED: November 6, 2020**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                         Case No. 16-26454-KCF

Formosa Hamilton Incorporation                                                                       Chapter 7

    Debtor(s)

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 06, 2020 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2020:**

**Recip ID**    **Recipient Name and Address**
db    + Formosa Hamilton Incorporation, 3690 Quakerbridge Road, Trenton, NJ 08619-1208

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2020                          Signature:            /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2020 at the address(es) listed below:**

**Name**                      **Email Address**

Adrian Johnson
    on behalf of Debtor Formosa Hamilton Incorporation evanf@diazlawnow.com

Bunce Atkinson
    on behalf of Auctioneer Peter Costanzo Auctioneers  Inc. bunceatkinson@aol.com, NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com

Bunce Atkinson
    on behalf of Trustee Bunce Atkinson bunceatkinson@aol.com NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com

Bunce Atkinson
    on behalf of Attorney Atkinson & DeBartolo  PC bunceatkinson@aol.com, NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com

Bunce Atkinson
    bunceatkinson@aol.com  NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 06, 2020 | Form ID: pdf903 | Total Noticed: 1 |

| | |
|---|---|
| Bunce Atkinson | on behalf of Appraiser A. Atkins Appraisal Corp. bunceatkinson@aol.com NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jeffrey M. Sponder | on behalf of U.S. Trustee United States Trustee jeffrey.m.sponder@usdoj.gov jeffrey.m.sponder@usdoj.gov |
| Roger Robert Gottilla | on behalf of Creditor Cathay Bank roger.gottilla@wilsonelser.com sheyla.ibazeta@wilsonelser.com |
| Sergio I. Scuteri | on behalf of Creditor Sysco Philadelphia LLC sscuteri@capehart.com |
| Timothy R. Wheeler | on behalf of Creditor Cathay Bank timothy.wheeler@wilsonelser.com sheyla.ibazeta@wilsonelser.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| United States Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 13